IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MISTY COX, as mother and guardian of Child Doe,<br><br>      Plaintiff,<br>v.<br><br>SOUTH SANPETE SCHOOL DISTRICT, and KENT LARSEN, TREVOR POWELL, RHETT JACKSON, JARED ANDERSON, and ALAN PETERSON, in their official and individual capacities,<br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:18-cv-0070-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Signed February 21, 2020.

BY THE COURT

David Nuffer
United States District Judge